UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19-cr-651 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| ANTHONY ROWLEY, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on September 23, 2022. The Court referred this matter to Magistrate Judge Carmen E. Henderson to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Henderson reported that a supervised release violation hearing was held on June 13, 2024. The defendant admitted to the following violation:

1. Violation of Special Condition #1: Substance Abuse Treatment and Testing;
2. Unauthorized Use of Drugs; and
3. New Law Violation.

The magistrate judge filed a report and recommendation on June 13, 2024, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1, 2, and 3.

A final supervised release violation hearing was conducted on July 9, 2024. Present were the following: Assistant United States Attorney James Lewis, representing the United States; Assistant Federal Public Defender Darin Thompson, representing the defendant; the defendant Anthony Rowley, and United States Probation Officer Alfred Preston, Jr.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1, 2, and 3.

IT IS ORDERED that the defendant's supervised release is revoked, and the defendant is committed to the custody of the Bureau of Prisons for a term of 14 months, to be served consecutively to the sentence imposed in Case No. 1:21-cr-671. No term of supervised release to follow in Case No. 1:19-cr-651.

Defendant remanded.

**IT IS SO ORDERED**.

Dated: July 9, 2024

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**